**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of H. M.O.L., a Child
                            In the Interest of K.X.J.L., a Child

Appellate case number:    01-17-00775-CV
                            01-17-00776-CV

Trial court case number:   2014-01564J
                            2013-06554J

Trial court:                313th District Court of Harris County

These appeals involve parental-termination cases. Appellants, G.R.R. and K.X.J.L. aka K.L., Sr., filed their briefs on January 8, 2018. The brief of appellee, Department of Family & Protective Service ("DFPS"), was due to be filed by January 29, 2018. On February 9, 2018, DFPS filed an unopposed motion for an extension of time to March 12, 2018 to file its brief. We **grant the motion in part. DFPS's brief is due to be filed in these appeals no later than Monday, March 5, 2018. No further extensions will be granted.** *See* TEX. R. APP. P. 28.4(a), 38.6(b), (c).

Because these appeals involve parental-termination cases, this Court is required to bring the appeals to final disposition within 180 days of October 9, 2017, the date the first notice of appeal was filed in each appeal, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon Supp. 2017).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 13, 2018